DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIA ELIZABETH JALOMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S. 12-0016-JAM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| MARIA ELIZABETH JALOMA, | DATE: March 27, 2012<br>Time: 9:30 a.m.<br>Judge: John A. Mendez |
| Defendant. | |

Defendant MARIA ELIZABETH JALOMA, by and through her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHELE BECKWITH, Assistant United States Attorney, hereby stipulate that the status conference set for February 28, 2012, be rescheduled for a status conference on Tuesday, March 27, 2012, at 9:30 a.m.    This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government and pursue investigation.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for March 27,

2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), [reasonable time to prepare] (Local Code T4).

    The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: February 24, 2012

                                      Respectfully Submitted,

                                      DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Dennis S. Waks
                                    Supervising Assistant
                                    Federal Defender
                                    Attorney for Defendant
                                    MARIA ELIZABETH JALOMA

DATED: February 24, 2012        BENJAMIN B. WAGNER
                                    United States Attorney

                                  /s/ Dennis S. Waks for
                                  MICHELE BECKWITH
                                  Assistant U.S. Attorney

**SO ORDERED.**

Dated: 2/24/2012

                    /s/ John A. Mendez
                    JOHN A. MENDEZ
                    United States District Court Judge