DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIA ELIZABETH JALOMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S. 12-0016-JAM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| MARIA ELIZABETH JALOMA, | DATE: May 1, 2012<br>Time: 9:30 a.m.<br>Judge: John A. Mendez |
| Defendant. | |

Defendant MARIA ELIZABETH JALOMA, by and through her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHELE BECKWITH, Assistant United States Attorney, hereby stipulate that the status conference set for March 27, 2012, be rescheduled for a status conference on Tuesday, May 1, 2012, at 9:30 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government and pursue investigation.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 1,

2012, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable time to prepare] (Local Code T4).

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: March 22, 2012

                                      Respectfully Submitted,

                                      DANIEL J. BRODERICK
Federal Defender

                                      /s/ Dennis S. Waks
Supervising Assistant
Federal Defender
Attorney for Defendant
MARIA ELIZABETH JALOMA

DATED: March 22, 2012         BENJAMIN B. WAGNER
United States Attorney

                                      /s/  Dennis S. Waks for
MICHELE BECKWITH
Assistant U.S. Attorney

**SO ORDERED.**

Dated: March 22, 2012

                   /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge